UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: THERESA ANN YOUNG, Debtor

THERESA ANN YOUNGPLAINTIFF

V.                                    NO. 03-19594 E
                                      CHAPTER 7
                                      AP NO. 04-1022

AES STUDENT LOAN SERVICING CENTER;
AMERICAN EDUCATION SERVICES;
MISSOURI HIGHER EDUCATION LOAN;
MOHLEA; NELNET LOAN SERVICES;
SALLIE MAE SERVICING, US DEPARTMENT
OF EDUCATION; UNIVERSITY OF
MISSOURI-COLUMBIA;
STUDENT LOAN GUARANTEE
FOUNDATION OF ARKANSAS                              DEFENDANTS

AGREED ORDER DISCHARGING STUDENT LOAN

By agreement of the parties, it is hereby ordered and adjudged that

the debt owed to the Student Loan Guarantee Foundation of Arkansas is

hereby discharged pursuant to 11 U.S.C. §523(a)(8).

IT IS SO ORDERED.

*Audrey R Evans*
_____
Hon. Audrey R. Evans
U.S. Bankruptcy Judge

 April 24, 2006 
DATE

 /s/ Connie M. Meskimen                    /s/ Kent Pray 
_____        _____
Connie M. Meskimen                 Kent Pray
Attorney for SLGFA                 Attorney for the Plaintiff

Entered on Docket
4/24/06 by
LaTrese Martindale