IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE: THERESA ANN YOUNG | Case 4:03-19594 |
| DEBTOR | CHAPTER 7 |
| | |
| THERESA ANN YOUNG | PLAINTIFF |
| | |
| vs.       4:04-ap-1022 | |
| | |
| AES STUDENT LOAN SERVICING CENTER; AMERICAN EDUCATIONAL SERVICES; MISSOURI HIGHER EDUCATION LOAN; MOHELA; NELNET LOAN SERVICES; SALLIE MAE SERVICING; U.S. DEPARTMENT OF EDUCATION AND UNIVERSITY OF MISSOURI-COLUMBIA | DEFENDANTS |

## AGREED ORDER OF DISMISSAL OF ADVERSARY PROCEEDING AS TO DEFENDANT AMERICAN EDUCATIONAL SERVICES, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY

This adversary proceeding shall be dismissed without prejudice as to defendant American Educational Services Pennsylvania Higher Education Assistance Authority. The loans held by this defendant were assigned to Educational Credit Management Corporation (ECMC) which subsequently assigned them to the United States Department of Education.

*/s/ Audrey R Evans*
_____
BANKRUPTCY JUDGE

July 11, 2006
DATE

Entered on Docket
7/12/06 by
LaTrese Martindale

Approved:

/s/ Kent Pray

_____

Kent Pray
Attorney at Law
PO Box 94224
North Little Rock, AR 72190

/s/ Fredrick Wetzel

_____

Fredrick Wetzel
Attorney at Law
1500 Riverfront Drive, Ste104
Little Rock, AR 72202