IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE: THERESA ANN YOUNG | Case 4:03-19594 |
| DEBTOR | CHAPTER 7 |
| THERESA ANN YOUNG | PLAINTIFF |
| vs.    4:04-ap-1022 | |
| AES STUDENT LOAN SERVICING CENTER; AMERICAN EDUCATIONAL SERVICES; MISSOURI HIGHER EDUCATION LOAN; MOHELA; NELNET LOAN SERVICES; SALLIE MAE SERVICING; U.S. DEPARTMENT OF EDUCATION AND UNIVERSITY OF MISSOURI-COLUMBIA | DEFENDANTS |

AGREED ORDER OF DISMISSAL OF ADVERSARY PROCEEDING AS TO DEFENDANT AMERICAN EDUCATIONAL SERVICES, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY

   This adversary proceeding shall be dismissed without prejudice as to defendant American Educational Services Pennsylvania Higher Education Assistance Authority. The loans held by this defendant were assigned to Educational Credit Management Corporation (ECMC) which subsequently assigned them to the United States Department of Education.

*Audrey R Evans*
_____
 BANKRUPTCY JUDGE

July 11, 2006_____
DATE

Entered on Docket
7/12/06 by
LaTrese Martindale

Approved:

/s/ Kent Pray

_____

Kent Pray
Attorney at Law
PO Box 94224
North Little Rock, AR 72190

/s/ Fredrick Wetzel

_____

Fredrick Wetzel
Attorney at Law
1500 Riverfront Drive, Ste104
Little Rock, AR 72202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0860-4          User: latrese              Page 1 of 1              Date Rcvd: Jul 12, 2006
Case: 04-01022                Form ID: pdfwotrm          Total Served: 4
```

```
The following entities were served by first class mail on Jul 14, 2006.
aty          Frederick S. Wetzel,   FREDERICK S. WETZEL, P.A.,   1500 Riverfront Drive, Ste. 104,
               Little Rock, AR  72202-1749
intp        +James F. Dowden,   U.S. Bankruptcy Trustee,   212 Center St., 10th Fl.,
               Little Rock, AR  72201-2416
pla         +Theresa Ann Young,   PO Box 55174,   Little Rock, AR  72215-5174

The following entities were served by electronic transmission on Jul 12, 2006 and receipt of the transmission
was confirmed on:
aty         +Fax: 501-771-1343 Jul 13 2006 00:27:35      Kent Pray,   PRAY LAW FIRM, P.A.,   P.O. Box 94224,
               N. Little Rock, AR  72190-4224
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2006**                        Signature:        *Joseph Speetjens*